United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ENRIQUE HUERTA, JR. | § | |
| | § | |
| | § | CIVIL ACTION NO. M-20-044 |
| VS. | § | |
| | § | CRIMINAL ACTION NO. M-18-319-2 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Movant Enrique Huerta, Jr.'s letter/motion to amend (Docket No. 9), and Movant's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 11 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Movant's letter/motion to amend should be **DENIED**.

The Clerk shall send a copy of this Order to the Movant and counsel for Respondent.

SO ORDERED March 23, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge